LAWRENCE LEE JONES,

    Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

    Respondent.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1953

Opinion filed February 25, 2015.

Petition for Writ of Certiorari – Original Jurisdiction.

Lawrence Lee Jones, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Sarah J. Rumph, General Counsel, Tallahassee, for Respondent.

PER CURIAM.

    DENIED.

BENTON, CLARK, and ROWE, JJ., CONCUR.